Argued March 28, affirmed March 28, petition for rehearing
denied April 19, petition for review denied June 12, 1973

STATE OF OREGON, *Respondent, v.* RICHARD
CARL SMITH (No. C 72-08-2505 Cr), *Appellant.*

507 P2d 1158

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Al J. Laue,* Assistant Attorney General, Salem,
argued the cause for respondent. With him on the brief
were Lee Johnson, Attorney General, and John W.
Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Fort and
Thornton, Judges.